UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOHN F. MALIA,

                      Plaintiff,                        Case No.: 2:26-cv-03134-AYS

           - against -

                                               **NOTICE OF APPEARANCE**

CATHOLIC CEMETERIES OF THE
ROMAN CATHOLIC DIOCESE OF
ROCKVILLE CENTER, INC.,

                      Defendant.
-------------------------------------------------------------------X

       **PLEASE TAKE NOTICE,** that Peter Shapiro, Esq. of Lewis Brisbois Bisgaard & Smith

LLP hereby appears as attorney for Defendant Catholic Cemeteries of the Roman Catholic Diocese

of Rockville Center Inc., and requests that all papers be served upon him and all communications

herein be directed to him.

Dated:  New York, New York
          June 23, 2026

                                   **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                              By:  /s/ Peter T. Shapiro
                                    Peter T. Shapiro, Esq.
                                    140 Broadway, Suite 3100
                                    New York, New York  10005
                                    (212) 232-1300
                                    Peter.Shapiro@lewisbrisbois.com
                                    *Attorneys for Defendant*

178279726.1

## CERTIFICATE OF SERVICE

Peter T. Shapiro, an attorney duly admitted to practice before this Court, certifies that on June 23, 2026, he caused his Notice of Appearance to be filed and served by ECF.

By: /s/ Peter T. Shapiro
        Peter T. Shapiro

178279726.1

2