UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN F. MALIA,

                     Plaintiff,

          - against -

CATHOLIC CEMETERIES OF THE
ROMAN CATHOLIC DIOCESE OF
ROCKVILLE CENTER, INC.,

                    Defendant.
-----------------------------------------------------------------X

Case No.: 2:26-cv-03134-AYS

**RULE 7.1 CORPORATE
DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure 7.1, Defendant Catholic Cemeteries of the

Roman Catholic Diocese of Rockville Center Inc. certifies that it has no parent corporation and

that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       June 23, 2026

                          **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                    By:  /s/ Peter T. Shapiro
                          Peter T. Shapiro, Esq.
                          140 Broadway, Suite 3100
                          New York, New York  10005
                          (212) 232-1300
                          Peter.Shapiro@lewisbrisbois.com
                          *Attorneys for Defendant*

178346171.1

## CERTIFICATE OF SERVICE

Peter T. Shapiro, an attorney duly admitted to practice before this Court, certifies that on June 23, 2026, he caused this Rule 7.1 Corporate Disclosure Statement to be filed and served by ECF.

By: /s/ Peter T. Shapiro
Peter T. Shapiro