

Peter T. Shapiro
140 Broadway, Suite 3100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

June 23, 2026

**VIA ECF**
Hon. Anne Y. Shields
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

     Re:    *Malia v. Catholic Cemeteries of the Roman Catholic Diocese of Rockville Centre, Inc.* (Case No. 2:26-cv-03134-AYS)

Dear Judge Shields:

We represent Defendant Catholic Cemeteries of the Roman Catholic Diocese of Rockville Centre, Inc. in the above-referenced matter. I write to request that the time for Defendant to move, answer, or otherwise respond to the Complaint be extended from June 30, 2026, to July 30, 2026. This is Defendant's first request for an extension of time to respond to the Complaint. This request is submitted with the consent of Plaintiff's counsel. The basis for the request is the need to review the allegations with our client.

Thank you for your attention to this matter.

Respectfully,

/s/ Peter T. Shapiro

Peter T. Shapiro of
LEWIS BRISBOIS BISGAARD &
SMITH LLP

cc: Counsel for plaintiff (via ECF)