UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOHN F. MALIA,

                                Plaintiff,                  Case No.: 2:26-cv-03134-AYS

        - against -

                                           **NOTICE OF APPEARANCE**

CATHOLIC CEMETERIES OF THE
ROMAN CATHOLIC DIOCESE OF
ROCKVILLE CENTER, INC.,

                              Defendant.
-------------------------------------------------------------X

     **PLEASE TAKE NOTICE,** that Jillian Jin, Esq. of Lewis Brisbois Bisgaard & Smith LLP

hereby appears as attorney for Defendant Catholic Cemeteries of the Roman Catholic Diocese of

Rockville Center Inc., and requests that all papers be served upon her and all communications

herein be directed to her.

Dated:  New York, New York
         June 23, 2026

                                     **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                                 By:   /s/ Jillian R. Jin
                                       Jillian R. Jin, Esq.
                                        140 Broadway, Suite 3100
                                        New York, New York  10005
                                        (212) 232-1300
                                        Jillian.Jin@lewisbrisbois.com
                                        *Attorneys for Defendant*

178279661.1

## <u>CERTIFICATE OF SERVICE</u>

Jillian Jin, an attorney duly admitted to practice before this Court, certifies that on June

23, 2026, she caused her Notice of Appearance to be filed and served by ECF.


By:  /s/ Jillian Jin
Jillian Jin